ORDER:
Motion granted.

*[signature: E. Clifton Knowles]*

U.S. Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| SUSAN BETH THOMPSON, )<br>Plaintiff, )<br>v. )<br> )<br> )<br>**MICHAEL J. ASTRUE**, )<br>Commissioner of Social Security, )<br>Defendant ) | Case No.: 3:10-0844<br>JUDGE WISEMAN<br>MAGISTRATE JUDGE KNOWLES |

### MOTION EXCEPTING THE FILING OF THE ADMINISTRATIVE RECORD

The Defendant hereby moves the Court, pursuant to ¶ 5.09, Administrative Practices & Procedures for Electronic Case Filing (April 18, 2005), to allow the paper filing of the administrative record in this matter. For cause, the Defendant would show that the administrative record contains sensitive documents, such as medical and identification information, and that filing by electronic means (ECF) may compromise the security of the personal information of the Plaintiff contained therein.

Wherefore, Defendant requests that this motion be granted excepting the filing of the administrative record by ECF means and permit filing by hand delivery to the Court Clerk.

    Respectfully submitted,

    JERRY E. MARTIN
    United States Attorney for the
    Middle District of Tennessee

    BY: s/ S. Delk Kennedy
    S. DELK KENNEDY
    Assistant United States Attorney
    B.P.R. 009799
    110 Ninth Avenue South, Suite A-961
    Nashville, Tennessee 37203-3870
    Telephone: 615/736-5151